**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7284**

_____

GEORGE LEE LAWRENCE,

            Petitioner - Appellant,

  versus

RONALD F. MOATS; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

            Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
97-1219-PJM)

_____

Submitted:  December 15, 1998   Decided:  January 11, 1999

_____

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

George Lee Lawrence, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Annabelle Louise Lisic, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Lawrence v. Moats, No. CA-97-1219-PJM (D. Md. Aug. 18, 1998). We also find that the bench conference from which Appellant was excluded was not a stage of the proceedings during which his presence was constitutionally required. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED